UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES DANIEL KENNEDY

Movant,

v.  6:10-cv-38

UNITED STATES OF AMERICA,

Respondent.

## ORDER

Before the Court is 28 U.S.C. § 2255 petitioner James Daniel Kennedy's Motion for a Certificate of Appealability ("COA"). *See* Doc. 17. The Court also construes this motion as a request for leave to appeal *in forma pauperis* ("IFP"). The Magistrate Judge recommended the denial of Kennedy's habeas corpus petition. *See* Doc. 10 (Report and Recommendation ("R&R")). The Magistrate Judge also recommended the denial of a COA and IFP status on appeal. *See id.* at 18. This Court adopted the R&R on October 13, 2010. *See* Doc. 13. The Court has, therefore, already denied Kennedy a COA and IFP status on appeal.

Kennedy's Motion for Extension of Time to File Objections to the R&R is **DENIED** as moot.

This 14 th day of December 2010.

*[signature]*
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA